CERTIFICATE OF THE ATTORNEY GENERAL

I, Merrick B. Garland, Attorney General of the United States, certify that with regard to the foregoing Complaint in *United States of America v. New Jersey et al.*, the United States Department of Justice has complied with all subsections of 42 U.S.C. §§ 1997b(a)(1) and (a)(2).

Pursuant to 42 U.S.C. § 1997b(a)(3), I certify my belief that this action by the United States is of general public importance and will materially further the vindication of rights, privileges, or immunities secured or protected by the Constitution.

In addition, I certify that I have the "reasonable cause to believe" set forth in 42 U.S.C. § 1997a to initiate this action and that all prerequisites to the initiation of this suit under 42 U.S.C. §§ 1997a and 1997b have been met.

Finally, I have personally signed the foregoing Complaint pursuant to 42 U.S.C § 1997a(c), and I am personally signing this Certificate pursuant to 42 U.S.C. § 1997b(b).

Signed this ___2d___ day of ___August___, 2021, at Washington, D.C.

MERRICK B. GARLAND
Attorney General of the United States