MERRICK B. GARLAND
ATTORNEY GENERAL

RACHAEL A. HONIG
Acting United States Attorney
MICHAEL E. CAMPION
Chief, Civil Rights Unit
KELLY HORAN FLORIO
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2700

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
STEVEN S. ROSENBAUM
Chief
KERRY KRENTLER DEAN
Deputy Chief, Special Litigation Section
HELEN VERA
Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY and NEW JERSEY DEPARTMENT OF CORRECTIONS,<br><br>    Defendants. | Civil No.: 21-15031 |

## NOTICE OF JOINT MOTION FOR ENTRY OF CONSENT DECREE

Please take notice that Plaintiff, United States of America, and Defendants, the State of New Jersey (State) and the New Jersey Department of Corrections (NJDOC), (collectively, "the Parties") hereby jointly and respectfully request that this Court enter the attached Agreement as an order of the Court.  *See* Attachment 1.  In support of this motion, the Parties submit the accompanying Memorandum in Support of Joint Motion for Entry of Proposed Consent Decree and Proposed Order.  *See* Attachments 2 and 3.

Dated this 10th day of August, 2021

Respectfully submitted,

COUNSEL FOR PLAINTIFF, UNITED STATES OF AMERICA:

| | |
|---|---|
| RACHAEL A. HONIG<br>Acting United States Attorney<br>District of New Jersey | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| *s/Michael E. Campion*<br>MICHAEL E. CAMPION<br>Chief, Civil Rights Unit<br>Civil Division<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>973-645-3141<br>Michael.Campion@usdoj.gov | *s/Steven H. Rosenbaum*<br>STEVEN H. ROSENBAUM<br>Chief<br>Special Litigation Section<br><br>*s/Kerry Krentler Dean*<br>KERRY KRENTLER DEAN<br>Deputy Chief<br>Special Litigation Section |
| *s/Kelly Horan Florio*<br>KELLY HORAN FLORIO<br>Assistant United States Attorney<br>Civil Rights Unit<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>(973) 645-2824<br>Kelly.Horan@usdoj.gov | *s/Helen Vera*<br>HELEN VERA<br>Attorney<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |

COUNSEL FOR DEFENDANTS, STATE OF NEW JERSEY AND NJDOC:

 /s A. Matthew Boxer
A. Matthew Boxer
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
mboxer@lowenstein.com