# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF NEW JERSEY and THE NEW JERSEY DEPARTMENT OF CORRECTIONS, <br><br> Defendants. | Case No. 21-15031 <br><br> **ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE** |

The Court has before it the Joint Motion for Entry of Consent Decree. Upon consideration of the Memorandum of Law in Support of Joint Motion for the Entry of Consent Decree, it is on this 24th day of August, 2021 hereby ORDERED that:

1. The Joint Motion for Entry of Consent Decree (ECF No. 3) is hereby GRANTED;
2. The Court will enter the attached Agreement as a separate Order of the Court ("Consent Decree") and as a separate docket entry; and
3. The Clerk's Office is hereby instructed to ADMINISTRATIVELY TERMINATE this matter.

    s/ Zahid N. Quraishi
HON.  ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE