

| | |
|---|---|
| United States Attorney's Office<br>District of New Jersey | Civil Rights Division |

U.S. Department of Justice

| | | | | |
|---|---|---|---|---|
| *U.S. Mail:* | 970 Broad Street 7th Floor<br>Newark, New Jersey 07102 | *U.S. Mail:* | Office of the Assistant Attorney General<br>950 Pennsylvania Avenue, NW - RFK<br>Washington, DC 20530 | |
| *Telephone:* | (973) 645-2700 | *Telephone:* | (202) 514-2151 | |

September 20, 2021

**BY ECF**
Hon. Zahid N. Quraishi
United States District Judge
United States District Court
402 E. State Street
Trenton, New Jersey
08608

      Re: <u>United States v. State of New Jersey, et al. (21-cv-15031)</u>

Dear Judge Quraishi:

      At the request of Monitor Jane Parnell, and pursuant to paragraph 114 of the Settlement Agreement and Consent Decree, *see* ECF No. 12, the parties jointly submit the Monitor's proposed budget to the Court for its approval. Counsel for Defendants has reviewed and consents to this submission to the Court.

                                      Respectfully Submitted,

| | |
|---|---|
| */s/ Kerry Dean* | */s/ Michael E. Campion* |
| Kerry Dean | Michael E. Campion |
| Acting Special Counsel | Assistant U.S. Attorney |
| Special Litigation Section | Chief, Civil Rights Unit |
| Civil Rights Division | U.S. Attorney's Office |

Enclosure

cc:     Matthew Boxer, Esq.
         Rachel Moseson Dikovics, Esq.