| Proposed Monitoring Budget | | This is an estimated budget for time and travel costs. All reimbursements for travel will be based on actual costs. The monitor will make every effort to obtain the Federal per diem for hotel rates. Reimbursements for professional fees of $200 per hour are based on actual hours worked and all invoices will include a detailed account of hours and work provided. | | | | | |
|---|---|---|---|---|---|---|---|
| Date/ Monitoring Activity | Site Visits | Site Visit #Hours | Fee-$200/hour | Work at Home #Hours | Fee-$200/hour | Supplemental Assistance | Total All Activity Costs |
| Description | Description | Hours | Total Cost | Hours | Total Cost | Cost | Total |
| Aug. 2021 -Work at Home- Develop document requests, schedule on-site visits, emails, phone calls, develop budget, review Settlement agreement Est. 12 hours | | | | 12 | $2,400.00 | | $2,400.00 |
| Sept 21 -Work at Home- Document review (familiarizing myself with NJDOC/Edna Mahan), develop monitoring tools, phone calls, etc.  Est. 80 hours/month | | | | 80 | $16,000.00 | | $16,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| October 2021 - two site visits: 4/days/3 nights & 4/days/4nights.  Travel Expenses:  Airfare:  $800.  Hotel:  $1050.  Meals $420.00  Parking/travel to/from airport: $210.00   Rental Car/gas: $700.00.  Note:  will bill actual costs | Days on-site:  October 4 - 7 and October 25 - 29 | 72 | $17,580.00 | | | | $17,580.00 |
| Also in October, 2021 - Work at Home:  Reviewing documents/documenting onsite visit | | | | 50 | $10,000.00 | | $10,000.00 |
| November/December 2021 - Work at home.  Document review (continuing to familiarize myself with NJDOC/Edna Mahan), phone calls, emails, compliance assessment.  Est. 60 hours/month | | | | 120 | $24,000.00 | | $24,000.00 |
| January, February, March 2022 - Work at home. Document review, phone calls, emails, compliance assessment.  Est. 50 hours/month | | | | 150 | $30,000.00 | | $30,000.00 |

| Description | Activity | Hours | Amount | Hours | Amount | Other | Total |
|---|---|---|---|---|---|---|---|
| April, 2022 - On-site Visit – 6 days/5 nights (including travel). Expenses: Airfare - $500.00 Hotel: $750.00 Meals: $360.00 Parking/Travel to/from Airport: $180.00, Rental car/gas: $450.00 Total: $2240.00 Will bill actual expenses | On Site Visit - 6 days/5 nights | 48 | $9,600.00 | | | | $11,840.00 |
| Also in April, 2022 - Work at home - Draft Report Preparation Est 64 hours | | | | 64 | $12,800.00 | | $12,800.00 |
| May, 2022 - Work at home - Final Report preparation (after receiving comments). Est 32 hours AND document review, phone calls, emails, compliance assessment Est 40 hours. Total hours for May = 72 | | | | 72 | $14,400.00 | | $14,000.00 |
| June & July, 2022 - Work at Home. Work at home. Document review, phone calls, emails, compliance assessment. Est. 50 hours/month | | | | 100 | $20,000.00 | | $20,000.00 |
| Outside Assistance-Clerical, Other Correctional Consultants, Editor (as needed), Rates vary. Average $125.00/hour | | | | 80 | $16,000.00 | $10,000.00 | $26,000.00 |
| Totals | | 120 | $27,180.00 | 648 | $145,600.00 | $10,000.00 | $184,620.00 |