

**U.S. Department of Justice**

---

United States Attorney's Office  
District of New Jersey

Civil Rights Division

| | | | |
|---|---|---|---|
| *U.S. Mail:* | *970 Broad Street 7th Floor*<br>*Newark, New Jersey 07102* | *U.S. Mail:* | *Office of the Assistant Attorney General*<br>*950 Pennsylvania Avenue, NW - RFK*<br>*Washington, DC  20530* |
| *Telephone:* | *(973) 645-2700* | *Telephone:* | *(202) 514-2151* |

September 20, 2021

**BY ECF**
Hon. Zahid N. Quraishi
United States District Judge
United States District Court
402 E. State Street
Trenton, New Jersey
08608

   Re: <u>United States v. State of New Jersey, et al. (21-cv-15031)</u>

Dear Judge Quraishi:

  At the request of Monitor Jane Parnell, and pursuant to paragraph 114 of the Settlement Agreement and Consent Decree, *see* ECF No. 12, the parties jointly submit the Monitor's proposed budget to the Court for its approval. Counsel for Defendants has reviewed and consents to this submission to the Court.

                 Respectfully Submitted,

| | |
|---|---|
| */s/ Kerry Dean* | */s/ Michael E. Campion* |
| Kerry Dean | Michael E. Campion |
| Acting Special Counsel | Assistant U.S. Attorney |
| Special Litigation Section | Chief, Civil Rights Unit |
| Civil Rights Division | U.S. Attorney's Office |

Enclosure

cc: Matthew Boxer, Esq.
   Rachel Moseson Dikovics, Esq.

# Proposed Monitoring Budget

This is an estimated budget for time and travel costs. All reimbursements for travel will be based on actual costs. The monitor will make every effort to obtain the Federal per diem for hotel rates. Reimbursements for professional fees of $200 per hour are based on actual hours worked and all invoices will include a detailed account of hours and work provided.

| Date/ Monitoring Activity | Site Visits | Site Visit #Hours | Fee-$200/hour | Work at Home #Hours | Fee-$200/hour | Supplemental Assistance | Total All Activity Costs |
|---|---|---|---|---|---|---|---|
| Description | Description | Hours | Total Cost | Hours | Total Cost | Cost | Total |
| Aug. 2021 -Work at Home- Develop document requests, schedule on-site visits, emails, phone calls, develop budget, review Settlement agreement Est. 12 hours | | | | 12 | $2,400.00 | | $2,400.00 |
| Sept 21 -Work at Home- Document review (familiarizing myself with NJDOC/Edna Mahan), develop monitoring tools, phone calls, etc. Est. 80 hours/month | | | | 80 | $16,000.00 | | $16,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| October 2021 - two site visits: 4/days/3 nights & 4/days/4nights. Travel Expenses: Airfare: $800. Hotel: $1050. Meals $420.00 Parking/travel to/from airport: $210.00  Rental Car/gas: $700.00.  Note: will bill actual costs | Days on-site: October 4 - 7 and October 25 - 29 | 72 | $17,580.00 | | $17,580.00 |
| Also in October, 2021 - Work at Home: Reviewing documents/documenting onsite visit | | | | 50 | $10,000.00 | $10,000.00 |
| November/December 2021 - Work at home. Document review (continuing to familiarize myself with NJDOC/Edna Mahan), phone calls, emails, compliance assessment. Est. 60 hours/month | | | | 120 | $24,000.00 | $24,000.00 |
| January, February, March 2022 - Work at home. Document review, phone calls, emails, compliance assessment. Est. 50 hours/month | | | | 150 | $30,000.00 | $30,000.00 |

| Description | | Hours | Amount | Total |
|---|---|---|---|---|
| April, 2022 – On-site Visit – 6 days/5 nights (including travel). Expenses: Airfare - $500.00  Hotel: $750.00  Meals: $360.00  Parking/Travel to/from Airport: $180.00, Rental car/gas: $450.00   Total: $2240.00  Will bill actual expenses | On Site Visit - 6 days/5 nights | 48 | $9,600.00 | | $11,840.00 |
| Also in April, 2022 - Work at home – Draft Report Preparation  Est 64 hours | | 64 | | $12,800.00 | $12,800.00 |
| May, 2022 - Work at home - Final Report preparation (after receiving comments). Est 32 hours AND document review, phone calls, emails, compliance assessment  Est 40 hours. Total hours for May = 72 | | 72 | | $14,400.00 | $14,000.00 |
| June & July, 2022 - Work at Home. Work at home. Document review, phone calls, emails, compliance assessment.  Est 50 hours/month | | 100 | | $20,000.00 | $20,000.00 |
| Outside Assistance-Clerical, Other Correctional Consultants, Editor (as needed), Rates vary. Average $125.00/hour | | 80 | | $16,000.00 | $26,000.00 |
| Totals | | 648 | $27,180.00 | $145,600.00 | $10,000.00 | $184,620.00 |

Approved. So Ordered this 21st day of September, 2021.

_____
ZAHID QURAISHI, U.S.D.J.