**U.S. Department of Justice**

---

United States Attorney's Office
District of New Jersey

*U.S. Mail:*    *970 Broad Street 7th Floor*
            *Newark, New Jersey 07102*
*Telephone:*  *(973) 645-2700*

Civil Rights Division

*U.S. Mail:*    *Office of the Assistant Attorney General*
            *950 Pennsylvania Avenue, NW - RFK*
            *Washington, DC 20530*
*Telephone:*  *(202) 514-2151*

March 18, 2022

**BY ECF**
Hon. Zahid N. Quraishi
United States District Judge
United States District Court
402 E. State Street
Trenton, New Jersey
08608

Re:  <u>United States v. State of New Jersey, et al. (21-cv-15031)</u>

Dear Judge Quraishi:

The parties jointly request that the Court schedule the first semi-annual status conference.  (ECF No. 12, Settlement Agreement and Consent Decree, ¶ 132).  At the conference, the parties will update the Court on the New Jersey Department of Corrections' compliance with the Settlement Agreement and Consent Decree.  (*Id.*).  Because the independent monitor will be in the District of New Jersey on May 23-25, 2022, we respectfully request that the Court hold the semi-annual status conference on one of those dates.  Counsel for Defendants has reviewed and consents to this submission to the Court.

Respectfully Submitted,

*/s/ Kerry Dean*
Kerry Dean
Deputy Chief
Special Litigation Section
Civil Rights Division

*/s/ Michael E. Campion*
Michael E. Campion
Assistant U.S. Attorney
Chief, Civil Rights Division
U.S. Attorney's Office

Enclosure

cc:   Matthew Boxer, Esq.
     Rachel Moseson Dikovics, Esq.