**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>**

<u>**TRENTON**</u>                                                                                   <u>**May 25, 2022**</u>
**OFFICE**                                                                                          **DATE OF PROCEEDINGS**

**JUDGE: ZAHID N. QURAISHI**
COURT REPORTER: MEGAN MCKAY-SOULE

**TITLE OF CASE**:                                                            CV-21-15031 ZNQ/TJB

UNITED STATES OF AMERICA
         V
STATE OF NEW JERSEY, et al.

**APPEARANCES:**

Kerry Krentler Dean, Esq., Michael Campion, Esq., Kelly Horan Florio, Esq. and Matthew Underwood, Esq. for United States.
Matthew Boxer, Esq. and Rachel Mosesan Dilcovics, Esq. for Defendants.
Jane Parnell, Federal Monitor

**NATURE OF PROCEEDING:**   IN-PERSON STATUS CONFERENCE

Status conference held.

**TIME COMMENCED:**   11:10 am                                       <u>**s/ Kim Stillman**</u>
**TIME ADJOURNED:**   11:25 am                                       **Deputy Clerk**
**TOTAL TIME:**   15 minutes