

U.S. Department of Justice

---

United States Attorney's Office
District of New Jersey

U.S. Mail:   970 Broad Street 7th Floor
             Newark, New Jersey 07102
Telephone:   (973) 645-2700

Civil Rights Division

U.S. Mail:   Office of the Assistant Attorney General
             950 Pennsylvania Avenue, NW - RFK
             Washington, DC 20530
Telephone:   (202) 514-2151

June 22, 2022

**BY ECF**
Hon. Zahid N. Quraishi
United States District Judge
United States District Court
402 E. State Street
Trenton, New Jersey
08608

    Re: <u>United States v. State of New Jersey, et al. (21-cv-15031)</u>

Dear Judge Quraishi:

    The United States writes on behalf of both parties to respectfully request that the current due date for the Monitor's Report required by Paragraph 125(b) of the Settlement Agreement and Consent Decree be extended from October 29, 2022 until November 11, 2022. This request is made for the convenience of the Monitor and the parties in order to allow the Monitor and the parties sufficient time to draft and review the Monitoring Report, respectively. Thank you for Your Honor's consideration of this request.

                              Respectfully Submitted,

Steven H. Rosenbaum                         Philip R. Sellinger
Chief, Special Litigation Section           United States Attorney
Civil Rights Division                       District of New Jersey

By:   /s/ Kerry Dean                  By:   /s/ Michael E. Campion
      Kerry Dean                            Michael E. Campion
      Deputy Chief                          Chief, Civil Rights Division

cc:   Matthew Boxer, Esq.
      Rachel Moseson Dikovics, Esq.

So Ordered this 23rd day of June, 2022

_____
Hon. Zahid N. Quraishi
United States District Judge