

# U.S. Department of Justice

| United States Attorney's Office<br>District of New Jersey | Civil Rights Division |
|---|---|
| *U.S. Mail:* 970 Broad Street 7th Floor<br>        Newark, New Jersey 07102<br>*Telephone:* (973) 645-2700 | *U.S. Mail:* Office of the Assistant Attorney General<br>        950 Pennsylvania Avenue, NW - RFK<br>        Washington, DC 20530<br>*Telephone:* (202) 514-2151 |

November 21, 2022

**BY ECF**
Hon. Zahid N. Quraishi
United States District Judge
United States District Court
402 E. State Street
Trenton, New Jersey
08608

    Re: <u>United States v. State of New Jersey, et al. (21-cv-15031)</u>

Dear Judge Quraishi:

    As required by paragraph 25 of the Settlement Agreement and Consent Decree, the parties jointly submit the Monitor's Second Monitoring Report and Monitoring Tool. (ECF No. 12, Settlement Agreement and Consent Decree, ¶ 125). Counsel for Defendants have reviewed and consents to these submissions to the Court.

                                Respectfully Submitted,

| */s/ Kerry Dean* | */s/ Michael E. Campion* |
|---|---|
| Kerry Dean | Michael E. Campion |
| Deputy Chief | Assistant U.S. Attorney |
| Special Litigation Section | Chief, Civil Rights Division |
| Civil Rights Division | U.S. Attorney's Office |

Enclosure

cc:    Matthew Boxer, Esq.
       Rachel Moseson Dikovics, Esq.