

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Rights Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Emily B. Goldberg*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
emily.goldberg@usdoj.gov

main:   (973) 645-2700
direct: (973) 645-2802
fax:    (973) 297-2010

December 1, 2022

**BY ECF**
Hon. Zahid N. Quraishi
United States District Judge
United States District Court
402 E. State Street
Trenton, New Jersey 08608

    Re: <u>United States v. State of New Jersey, et al. (21-cv-15031)</u>

Dear Judge Quraishi:

    The parties jointly request that the Court schedule the second semi-annual status Conference. (ECF No. 12, Settlement Agreement and Consent Decree, ¶ 132). At the conference, the parties will update the Court on the New Jersey Department of Corrections' compliance with the Settlement Agreement and Consent Decree. (*Id.*). The parties have conferred with the Monitor as to availability, and we jointly and respectfully request that the Court hold the semi-annual status conference on one of the following dates: December 12, December 16, December 19, December 20, or December 21, 2022.

    Respectfully Submitted,

By:   */s/ Kerry Dean*                             *Emily Goldberg*
      Kerry Dean                                   Emily B. Goldberg
      Deputy Chief                                 Assistant U.S. Attorney
      Special Litigation Section                   Civil Rights Division
      Civil Rights Division                        U.S. Attorney's Office

Enclosure
  cc:   Matthew Boxer, Esq.
        Rachel Moseson Dikovics, Esq.