

**Rachel M. Dikovics**
Counsel

One Lowenstein Drive
Roseland, New Jersey 07068

T:  (973) 597-2494
M: (973) 508-3405
E:  rdikovics@lowenstein.com

May 28, 2026

**VIA ECF**

Hon. Zahid N. Quraishi
United States District Judge
United States District Court, District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

> **Re:**   *United States v. State of New Jersey, et al.* **(21-cv-15031)**

Dear Judge Quraishi:

Pursuant to Paragraph 126 of the Settlement Agreement and Consent Decree, the parties jointly submit Federal Monitor Jane Parnell's Ninth Monitoring Report and Monitoring Tool.

We thank the Court for its continued time and attention to this matter.

Respectfully submitted,

*s/ Rachel M. Dikovics*

Rachel M. Dikovics

---

NEW YORK      PALO ALTO      NEW JERSEY      UTAH      WASHINGTON, D.C.      Lowenstein Sandler LLP