**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW JERSEY and THE NEW JERSEY DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | **Document Electronically Filed**<br>Civil Action No. 3:21-cv-15031-ZNQ-TJB<br><br>Hon. Zahid N. Quraishi<br><br>**NOTICE OF JOINT MOTION TO THE CONSENT DECREE**<br>**Return Date:** August 3, 2026 |

**PLEASE TAKE NOTICE** that at 9:00am on August 3, 2026, or such other time and date set by the Court, the United States of America, the State of New Jersey, and the New Jersey Department of Corrections (together, the "Parties"), by and through their undersigned attorneys, will move before the Honorable Zahid N. Quraishi, U.S.D.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order granting the Parties' Joint Motion to Terminate the Consent Decree ("Joint Motion").

**PLEASE TAKE FURTHER NOTICE** that the Parties will rely upon the Memorandum of Law filed herewith in support of the Joint Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: July 8, 2026

Respectfully submitted,

*s/ Rachel M. Dikovics*
**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Rachel M. Dikovics
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone:  (973) 597-25002500
Email:  rdikovics@lowenstein.com
*Counsel for the State of New Jersey and the New Jersey Department of Corrections*

*s/ Eileen Ulate*
**UNITED STATES OF AMERICA**
Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division
Patrick M. McCarthy
Eileen Ulate
Special Litigation Section
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 705-8762
Email:Natasha-eileen.ulate@usdoj.gov

*s/ Thandiwe Boylan*
Robert Frazer
United States Attorney
Thandiwe Boylan
Assistant U.S. Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-645-2724
Thandiwe.boylan@usdoj.gov