# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF NEW JERSEY and THE NEW JERSEY DEPARTMENT OF CORRECTIONS, <br><br> Defendants. | **Document Electronically Filed** <br><br> Civil Action No. 3:21-cv-15031-ZNQ-TJB <br><br> Hon. Zahid N. Quraishi <br><br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO TERMINATE THE CONSENT DECREE** |

**THIS MATTER** having come before the Court on the joint motion of Plaintiff United States of America and Defendants the State of New Jersey and the New Jersey Department of Corrections (together, the "Parties") for an Order granting the Parties' Joint Motion to Terminate the Consent Decree, and the Court having read and considered the submission of the Parties and the pleadings in this matter, and for good cause shown;

**IT IS** on this _____ day of _____, 2026

**ORDERED** that the Parties' Joint Motion to Terminate the Consent Decree is **GRANTED**; and it is further

**ORDERED** that the Consent Decree is terminated as of the date of this order; and it is further

**ORDERED** that notice shall be provided to all parties via ECF.

39745/2
07/08/2026 319244224.1

-2-

_____

Honorable Zahid N. Quraishi, U.S.D.J.