## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE STATE OF NEW JERSEY and THE NEW JERSEY DEPARTMENT OF CORRECTIONS,

Defendants.

**Document Electronically Filed**

Civil Action No. 3:21-cv-15031-ZNQ-TJB

Hon. Zahid N. Quraishi

**ORDER GRANTING JOINT MOTION TO TERMINATE THE CONSENT DECREE**

**THIS MATTER** having come before the Court on the joint motion (ECF No. 65) of Plaintiff United States of America and Defendants the State of New Jersey and the New Jersey Department of Corrections (together, the "Parties") for an Order granting the Parties' Joint Motion to Terminate the Consent Decree, and the Court having read and considered the submission of the Parties and the pleadings in this matter, as well as the federal monitor's letter (ECF No. 67) that endorses the termination of the consent decree, and for good cause shown;

**IT IS** on this 15th day of July 2026,

**ORDERED** that the Parties' Joint Motion (ECF No. 65) to Terminate the Consent Decree is **GRANTED**; and it is further

**ORDERED** that the Consent Decree is terminated as of the date of this order; and it is further

39745/2
07/08/2026 319244224.1

**ORDERED** that notice shall be provided to all parties via ECF.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE